THE HONORABLE RICARDO S. MARTINEZ

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 21 2012  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNDER SEAL,

    Plaintiff,

    v.

UNDER SEAL,

    Defendants.

No. C11-2129-RSM

**FILED UNDER SEAL**

11-CV-02129-RPT

**ORDER** - 1
(C11-2129-RSM)
[Under Seal]

THE HONORABLE RICARDO S. MARTINEZ

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CHARLES E. PLUNKETT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE OF WASHINGTON, INC., et al.,<br><br>Defendants. | No. C11-2129-RSM<br><br>**[PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

## ORDER

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint be unsealed and served upon Defendants by Relator;

2. All other contents of the Court's file in this action shall remain under seal and <u>not</u> be made public or served upon Defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the Relator will serve upon Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action <u>after</u> the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including

ORDER – 1
(C11-2129-RSM)
**FILED UNDER SEAL**

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all Notices of Appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the Relator or any Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

DATED this _____ day of September, 2012.

RICARDO MARTINEZ
United States District Judge

Presented by:

_____
DAVID R. EAST # 31481
Assistant United States Attorney

ORDER – 2
(C11-2129-RSM)
**FILED UNDER SEAL**

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970