1                              THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT,
                  WESTERN DISTRICT OF WASHINGTON

8 UNDER SEAL,

9                               Case No. C11-2129-RSM
                 Plaintiff,

10 v.                               **FILED UNDER SEAL**

11 UNDER SEAL,
                              Note on Motion Calendar for:

12                  Defendants.      September 24, 2012

13

14

15

16

17

18                    **11-CV-02129-DOCTRM**

19

20

21

22

23





I N S L E E  B E S T
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 - 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016

1                             THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT,
                WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHARLES E. PLUNKETT, | Case No. C11-2129-RSM |
| Plaintiff-Relator v. | **FILED UNDER SEAL** |
| UNITED HEALTHCARE OF WASHINGTON, INC.; UNITED HEALTHCARE INSURANCE COMPANY; UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK; UNITED HEALTHCARE OF ALABAMA, INC.; UNITED HEALTHCARE OF ARIZONA, INC.; UNITED HEALTHCARE OF ARKANSAS, INC.; UNITED HEALTHCARE OF FLORIDA, INC.; UNITED HEALTHCARE OF GEORGIA, INC.; UNITED HEALTHCARE OF NEW ENGLAND, INC.; UNITED HEALTHCARE OF NEW YORK, INC.; UNITED HEALTHCARE OF NORTH CAROLINA, INC.; UNITED HEALTHCARE OF OHIO, INC.; UNITED HEALTHCARE OF TENNESSEE, INC.; UNITED HEALTHCARE OF THE MIDLANDS, INC.; UNITED HEALTHCARE OF THE MIDWEST, INC.; UNITED HEALTHCARE OF UTAH, INC., UNITED HEALTHCARE OF WISCONSIN; UNITED | Note on Motion Calendar for: September 24, 2012 |

MOTION TO DISMISS - Page 1
434131.1 | 361683 | 0003

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 - 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016

1  HEALTHCARE OF WISCONSIN, INC.;
   UNITED HEALTHCARE PLAN OF THE
2  RIVER VALLEY, INC.; d/b/a Evercare
   and/or SecureHorizons,
3
4              Defendant.

5            **PLAINTIFF CHARLES E. PLUNKETT'S**
             ***EX PARTE* MOTION TO DISMISS**
6
7                 **I.  RELIEF REQUESTED.**

8        COMES NOW Plaintiff Charles E. Plunkett ("Plunkett") by and through his

9  attorneys Christopher W. Pirnke and Inslee, Best, Doezie & Ryder, P.S. and files this

10 motion *ex parte* to dismiss all claims without prejudice, including but not limited to without

11 prejudice as to the United States, in accord with Civil Rule 41.

12                **II.  FACTUAL BACKGROUND.**

13       No opposing parties have appeared and the United States has provided its notice to

14 Plunkett that it declines to intervene in this matter.  In accord with Civil Rule 41, Plunkett

15 seeks to dismiss this case.  Counsel for the United States has been informed that Plaintiff

16 intends to dismiss this matter without prejudice and the United States does not object to

17 Plaintiff's proposed disposition that this matter be dismissed without prejudice.

18            **III.  ISSUES AND EVIDENCE RELIED UPON.**

19       Should the court dismiss this matter in accord with Civil Rule 41 when no other party

20 has asserted claims, cross-claims or has appeared in the action and where the United States

21 has no objection to the proposed disposition.  Plaintiff relies on the records on file in this

22 matter.

23

MOTION TO DISMISS - Page 2
434131.1 | 361683 | 0003

**I N S L E E    B E S T**
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 - 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016

1

## IV.  LEGAL ARGUMENT.

2

Plaintiff relies on CR 41 and 31 U.S.C. §3730.

3

## V.  CONCLUSION.

4

This court should dismiss this case under Civil Rule 41, without prejudice.

5

DATED this 24th day of September, 2012.

6

INSLEE, BEST, DOEZIE & RYDER, P.S.

7

8

By 

9

    Christopher W. Pirnke - W.S.B.A. #44378
    Attorneys for Plaintiff Charles E. Plunkett

10

    Inslee, Best, Doezie & Ryder, P.S.
    777 108th Avenue N.E., Suite 1900

11

    Bellevue, WA 98004
    Telephone:  425-455-1234

12

    Fax:  425-635-7720
    Email:  cpirnke@insleebest.com

13

14

15

16

17

18

19

20

21

22

23

MOTION TO DISMISS - Page 3
434131.1 | 361683 | 0003



I N S L E E   B E S T
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 · 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016

## DECLARATION OF SERVICE

The undersigned hereby declares under penalty of perjury under the laws of the State of Washington that she is an employee of Inslee, Best, Doezie & Ryder, P.S. and is a person of such age and discretion as to be competent to serve papers;

That on September 24, 2012, she filed under seal Plaintiff Charles E. Plunkett's Ex Parte Motion to Dismiss and [proposed] Order on Motion to Dismiss and served copies of such on the person(s) hereinafter named by depositing said copies in the United States mail, Postage prepaid, addressed as follows:

> David R. East
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA 98101-1271

Signed this 24th day of September, 2012, at Bellevue, Washington.

Lisa White
Legal Assistant

MOTION TO DISMISS - Page 4
434131.1 | 361683 | 0003



I N S L E E   B E S T
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 - 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016