THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHARLES E. PLUNKETT,<br><br>        Plaintiff-Relator<br><br>v.<br><br>UNITED HEALTHCARE OF WASHINGTON, INC.; UNITED HEALTHCARE INSURANCE COMPANY; UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK; UNITED HEALTHCARE OF ALABAMA, INC.; UNITED HEALTHCARE OF ARIZONA, INC.; UNITED HEALTHCARE OF ARKANSAS, INC.; UNITED HEALTHCARE OF FLORIDA, INC.; UNITED HEALTHCARE OF GEORGIA, INC.; UNITED HEALTHCARE OF NEW ENGLAND, INC.; UNITED HEALTHCARE OF NEW YORK, INC.; UNITED HEALTHCARE OF NORTH CAROLINA, INC.; UNITED HEALTHCARE OF OHIO, INC.; UNITED HEALTHCARE OF TENNESSEE, INC.; UNITED HEALTHCARE OF THE MIDLANDS, INC.; UNITED HEALTHCARE OF THE MIDWEST, INC.; UNITED HEALTHCARE OF UTAH, INC., UNITED HEALTHCARE OF WISCONSIN; UNITED HEALTHCARE OF WISCONSIN, INC.; UNITED HEALTHCARE PLAN OF THE RIVER | Case No. C11-2129-RSM<br><br>**ORDER GRANTING MOTION TO DISMISS** |

ORDER ON MOTION TO DISMISS - Page 1
434132.1 | 361683 | 0003

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 - 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

| | |
|---|---|
| 1 | VALLEY, INC.; d/b/a Evercare and/or SecureHorizons, |
| 2 | |
| 3 | Defendant. |

## ORDER ON MOTION TO DISMISS

THIS COURT having considered the motion by Plaintiff Charles E. Plunkett to dismiss this case under Civil Rule 41 and being otherwise fully informed hereby orders as follows:

This case is hereby dismissed without prejudice.

DATED this 27th day of September 2012.

	RICARDO S. MARTINEZ
	UNITED STATES DISTRICT JUDGE

Presented by:

INSLEE, BEST, DOEZIE & RYDER, P.S.

By _____
	Christopher W. Pirnke - W.S.B.A. #44378
	Attorneys for Plaintiff Charles E. Plunkett

ORDER ON MOTION TO DISMISS - Page 2
434132.1 | 361683 | 0003

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 - 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234